# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESTINY SHERIE HEBERT

NO. 2021 KW 1288

**NOVEMBER 4, 2021**

---

In Re:   State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 609,372/3.

---

**BEFORE:   WHIPPLE, C.J., HESTER AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **CHH**
                              **WJB**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

ĴDEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.